IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-447-GCM**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| LAWYERS GLEN RETIREMENT LIVING CENTER, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The parties are directed to appear for a Status Conference to be held in Chambers on **Wednesday, December 2, 2009 at 11:00 a.m.**

IT IS SO ORDERED.

Signed: October 26, 2009

Graham C. Mullen
United States District Judge